# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DEC 17 2025 PM 4:16
FILED-USDC-CT-NEW_HAVEN

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

DArnasia Brown

v.

Waterbury DCF court personel

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. DArnasia Brown is a citizen of Conneticut / New york who
   (Plaintiff)                          (State)
   presently resides at 17 lynbrook Rd_____.
                         (mailing address)

2. Defendant DCF Waterbury Juvinile court is a citizen of Conneticut
   (name of first defendant)                    (State)
   whose address is _____.

3. Defendant <u>Waterbury Juvinile Court</u> is a citizen of <u>Conneticut</u>
                   (name of second defendant)                                          (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Im Involed in a DCF case and my Daughter was Removed Due to DCF Saying that they could not see Her.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II**: Nicole vega Melissa Kumar officer Felix officer Birch Monica poleza Toni Balgiron court personel DCF in waterbury

Supporting Facts:

3

# E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

# F. JURY DEMAND

Do you wish to have a jury trial?  Yes  (No)

_____
Original signature of attorney (if any)

*Darnasia Brown*
**Plaintiff's Original Signature**

_____
Printed Name

Printed Name  *Darnasia Brown*

( )
Attorney's full address and telephone

( ) *17 Lynbrook Rd Waterbury CT 06708*
Plaintiff's full address and telephone
*347-318-4277*

Email address if available

Email address if available
*TheIImmanuel23@gmail.com*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  *New Haven*  on  *12/17/25* .
           (location)                    (date)

*Darnasia Brown*
**Plaintiff's Original Signature**

(Rev.3/29/16)

5